**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISON**

|  |  |
|---|---|
| ARRIVAL STAR S.A. AND MELVINO TECHNOLOGIES LIMITED, | )<br>)   Civil Action No. 1:13-cv-20656-JLK<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| FLIGHTAWARE, LLC, | )<br>) |
| Defendant. | )<br>) |

## RULE 41(a)(1)(A) NOTICE OF DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the Defendant, because, while the Complaint was filed in good faith, it has now become clear to the Plaintiffs that there is and was no basis for the claims made therein based upon newly discovered information.

Respectfully submitted,

ARRIVAL STAR S.A. and MELVINO
TECHNOLOGIES LIMITED

Dated:  February 28, 2013

by its attorneys,

s/ William R. McMahon
William R. McMahon, Esquire
Florida Bar Number: 39044
McMahon Law Firm, LLC
21070 Sweetwater Lane North
Boca Raton, Florida 33428
Telephone: 561-470-7604
Facsimile: 561-807-5900
Email: bill@mlfllc.com

**Counsel for Plaintiffs**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of February 2013, a copy of the foregoing RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL was filed electronically.  Notice of this filing is also being sent electronically to counsel for Defendant below:

John C. McNett
William A. McKenna
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Chase Tower
111 Monument Circle, Suite 3700
Indianapolis, IN 46204
Tele: 317-634-3456
Fax: 317-637-7561
Email: jmcnett@uspatent.com
wmckenna@uspatent.com

s/ William R. McMahon